SCHACHTER v. INTERBOROUGH RAPID TRANSIT CO.

(Supreme Court, Appellate Division, First Department.  June, 1911.)

Appeal from Appellate Term.

Action by Nathan Schachter against the Interborough Rapid Transit Company. From a determination of the Appellate Term affirming a judgment of the City Court for plaintiff entered on a verdict, and denying a new trial, defendant appeals. Reversed, and new trial granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

Bayard H. Ames (John Montgomery and Walter Henry Wood, on the brief), for appellant.

Moses Feltenstein, for respondent.

PER CURIAM. This action is brought by the father of Pauline Schachter to recover damages alleged to have been sustained in consequence of the personal injuries received by her, she being an infant. The facts, excepting with respect to the question of damages, are the same in this case as those presented by the appeal in the case of Pauline Schachter against the same appellant (130 N. Y. Supp. 549), argued and decided herewith; and on the authority of the opinion in that case the determination of the Appellate Term is reversed, and the judgment and order of the City Court are reversed and a new trial granted, with costs to appellant in this court and in the Appellate Term, to abide the event.

